March 03, 2006

Mr. Michael R. Burkett
Garrett & Burkett
101 Summit Avenue, Suite 400
Fort Worth, TX 76102
Mr. Hal R. Ray Jr.
Pope, Hardwicke, Christie, Harrell
Schell & Kelly, L.L.P.
306 West 7th Street, Suite 901
Fort Worth, TX 76102

RE: Case Number: 04-0340
 Court of Appeals Number: 02-03-00089-CV
 Trial Court Number: 236-187433-01

Style: CITY OF WHITE SETTLEMENT, TEXAS
 v.
 SUPER WASH, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |